**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Bradley Development Co., Inc.,** | ) | **CASE NO. 1:05 CV 609** |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Northern Ohio Sewer** | ) | **Judgment Entry** |
| **Contractors, Inc., et al** | ) | |
| Defendant. | ) | |

This Court has issued its Memorandum of Opinion and Order granting defendant Gary Prock's Motion for Summary Judgment (Doc. 24). Additionally, defendant Northern Ohio Sewer Contractors is a dissolved corporation and is hereby dismissed. Accordingly, judgment is entered for defendant.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 3/1/06       United States District Judge